**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00199-CR

### EX PARTE RICHARD NICHOLAS COLON

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81243-2012**

## ORDER

The Court has received appellant's appeal from the trial court's January 27, 2014 order denying appellant the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31. The trial court's findings of fact and order reflect that the trial court's ruling was made on written evidence and no hearing was conducted.

Accordingly, we **ORDER** the Collin County District Clerk to file the clerk's record by **MARCH 11, 2014**. The clerk's record shall contain all of the documents filed in regards to the application for writ of habeas corpus as well as the trial court's certification of appellant's right to appeal.

Appellant's brief is due by **MARCH 28, 2014**. The State's brief is due by **APRIL 14, 2014**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **May 9, 2014** to a panel consisting of Chief Justice Wright and Justices Myers and Evans.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE